E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| **JASON WEST** | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| –v– | |
| **ANTHONY LETIZIO; M.D** | |
| **JOE WALSH; PHYSICIAN ASSISTANT** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                      JASON   WEST

All other names by which
you have been known:                      NONE

ID Number                                 GH-6955

Current Institution                       SCI-PHOENIX

Address                                   1200  MOKYCHIC DRIVE

COLLEGEVILLE                    PA.          19426
_City_                          _State_       _Zip Code_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title _(if known)_ and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          ANTHONY LETIZIO M.D.

Job or Title _(if known)_     SCI-PHOENIX MEDICAL DIRECTOR

Shield Number                 LICENSE NO. OSO14724 OSTEOPATHIC MEDICINE

Employer                      WELLPATH / SCI-PHOENIX

Address                       1200 MOKYCHIC DRIVE

COLLEGEVILLE                    PA.          19426
_City_                          _State_       _Zip Code_

[X] Individual capacity    [ ] Official capacity

Defendant No. 2

Name                          JOE   WALSH

Job or Title _(if known)_     PHYSICIAN ASSISTANT

Shield Number

Employer                      WELLPATH / SCI-PHOENIX

Address                       120 MOKYCHIC DRIVE

COLLEGEVILLE                    PA.          19426
_City_                          _State_       _Zip Code_

[X] Individual capacity    [ ] Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

| City | State | Zip Code |
|------|-------|----------|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

### DELIBERATE    INDIFFERENCE
### CRUEL    AND    UNUSUAL    PUNISHMENT

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## ATTACH  ALL  CLAIMS

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ]    Pretrial detainee
- [ ]    Civilly committed detainee
- [ ]    Immigration detainee
- [x]    Convicted and sentenced state prisoner
- [ ]    Convicted and sentenced federal prisoner
- [ ]    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

## SCI-PHOENIX  MEDICAL  DEPARTMENT

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.      What date and approximate time did the events giving rise to your claim(s) occur?

**TUESDAY   JANUARY 5,   2023**

D.      What are the facts underlying your claim(s)?   *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

**ATTACHMENT**

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

FOR  NON-MEDICAL  REASONS  DELAY  EMERGENCY  KIDNEY  STONE  SURGERY EINSTEIN MEDICAL CENTER EMERGENCY ROOM PHYSICIAN MEDICAL CERTAINTY PLAINTIFF  WAS  SUBJECT  TO  WALK  AND  SLEEP  WITH  ABDOMINE  PAIN  AND INFECTED  KIDNEYS  RESULT  IN  BLOOD  URINE  UNTIL  MONDAY  MAY  15,  2023 APPROX.  130  DAYS  UNTIL  SURGICAL  PROCEDURE  TO  REMOVE  KIDNEY  STONE THE  UROLOGY  SURGEON  EXPERT  FACT  WAS  INFECTED  KIDNEY AND  PUT  IN  PLACE  A  SECOND  STENT;  LATER  REMOVE.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

PLAINTIFF  REQUEST  FOR  PUNITIVE  DAMAGES  AND  JURY  TRIAL

FOR  ESTIMATED  RELIEF  OF  350.000.00  DOLLARS.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCI-PHOENIX 1200 MOKYCHIC DR. COLLEGEVILLE PA. 19426

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

GRIEVANCE 1020348, R.N.S. CALIGIURI RESPONSE : WE ARE AWAITING AN APPT. FROM THE SPECIALIST. IT IS NOT UNCOMMON FOE THERE TO BE A WAITING PERIOD TO SEE A SPECIALIST.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

**SCI-PHOENIX**

2.  What did you claim in your grievance?

**DENIED & DELAY MEDICAL TREATMENT FOR KIDNEY STONE SURGERY**

3.  What was the result, if any?

**ON 3/14/2023, R.N.S CALIGUIRI ALLEGES SUSPECTED KIDNEY STONE ON 2/9/23, IT IS DOCUMENTED THAT IT IS KNOWN THAT YOU HAVE A STENT PLACED DUE TO HYDRONEPHROSIS EVALUATED BY THE MEDICAL PROVIDER, URINE WAS TESTED AND ANTIBIOTICS WERE ORDERED. ADVISED TO PUSH A LOT OF FLUIDS. AWAITING AN APPT. FROM THE SPECIALIST. (CONT'D)**

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

**SECRETARY'S OFFICE OF INMATE GRIEVANCE & APPEALS/BUREAU HEALTH CARE SERVICES GRIEVANCE NO. 1020348 & 1020347**

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

## INMATE'S REQUEST TO STAFF MEMBER FORM TO MEDICAL C.H.C.A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit
       Plaintiff(s)    _____
       Defendant(s)   _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*
       _____

3.     Docket or index number
       _____

4.     Name of Judge assigned to your case
       _____

5.     Approximate date of filing lawsuit
       _____

6.     Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition.    _____

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
       _____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.  What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

| | |
|---|---|
| Signature of Plaintiff | |
| Printed Name of Plaintiff | **JASON   WEST** |
| Prison Identification # | **GH-6955** |
| Prison Address | **1200   MOKYCHIC   DRIVE** |
| | **COLLEGEVILLE** **PA.** **19426** |
| | *City*        *State*        *Zip Code* |

### B.    For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | *City*        *State*        *Zip Code* |
| Telephone Number | |
| E-mail Address | |

STATEMENT OF CLAIMS :

1. On Tuesday January 5, 2023, Plaintiff suffer medical emergency, pain in his abdomine to request medical help. Plaintiff went to the prison trauma triage. The medical provider examination order X Ray, those findings order immediate transport to Einstein Montgomery Medical Center

2. The emergency room physician order CT-Scan shown kidney stones and infection. Plaintiff was emergently admit, on Thursday January 7, 2023, had emergency surgery. A urology surgeon had procedure to the kidney for a stent placement.

3. On Plaintiff's discharge instructions Saturday January 9, to follow up with urology within two weeks for the next course of treatment, with antibiotic for the infection.

4. A two week follow up should have been approx. Tuesday January 24, 2023. Those records are review by Defendant Dr. Anthony Letizio, M.D.O. for Wellpath employer in charge of all inmate medical treatment. Includes priority schedule appointments. Especially Plaintiff's kidney

5. Defendant Letizio review discharge instructions he had kidney infection. Plaintiff did not receive emergency surgeon prescription antibiotic for the infection weeks after Letizio final review those instructions. Dr. Letizio has direct contact with Wellpath Urology contractor Dr. Laurence H. Belkoff enter the prison monthly for consultations, recommendations, and follow up appointments.

6. In between the dates of January 24, 2023 two weeks of discharge and finally seen Dr. Belkoff on March 29, the doctor

was available for follow up, prison records show twice before
Letizio made decision allow Plaintiff's follow up in the
prison. In 81 days, Letizio did not consult with Plaintiff
on medical treatment for urology schedule need and/or kidney
conditions. For non medical reason Defendant denied Plaintiff
proper and urge medical care for his kidney damage.

7. Plaintiff suffer several kidney infections, with severe
pain to testis and penal area, sitting, stand pain, walking,
lying down, and urine. Plaintiff began to see prison Sick
Call repeatedly. On Wednesday February 1, 2023, Plaintiff would
see Defendant Walsh, following couple visit with infection.

Plaintiff began to urine blood. Defendant Walsh medical
opinion drink more water so it will stop. This as, Plaintiff
continue to have infection. The Defendant knew this infection
was not controlled with out his properly treat a urinary
and kidney damage.

8. Plaintiff did not see contract urology Dr. Belkoff for
approx. 81 days after urology surgeon expertise discharge
instruction after place a stent in the kidney.

9. On Wednesday April 19, Walsh call for Plaintiff sign
the consent for Dr. Belkoff remove his first stent and place
a second stent surgery. In this appointment, Walsh knew
Plaintiff had all these complications. Had Plaintiff lay back
to apply hand pressure around Plaintiff's pelvis asking did it
hurt, as Plaintiff groan out loud during each press down.

10. After approx. 130 days, Monday May 15, 2023, the
urgent second surgery. Their after his infection and blood
urine stop after days. As Friday May 19, 2023, Walsh remove
remove the second stent five days after surgery.

## II. DEFENDANTS ACTED UNDER COLOR OF STATE LAW

1. Defendant Anthony Letizio acted under color of state only educated in Osteopathic Medicine and surgery granted by Pa. Board of Medicine license no. OSO14724, but actor for Wellpath medical director of operations at SCI-Phoenix to dictate what are medical needs. In this complaint he non medical reason following Enstein Emergency Urology insert a stent to Plaintiff kidney, instruct he follow up urology. That specialist would remove the stent for next course of need to Plaintiff's kidney and infection.

Defendant Letizio reviews all out site medical records with specific instructions and further need of treatment. In Plaintiff's urge need of urology specialist follow up, and instructions for a urology medical need, Letizio acted with motive to deny the urgent medical procedure to remove the stent from Plaintiff's kidney. Letizio not exam Plaintiff during the time of delay/deny urge procedure, cause long term kidney infection. And turn in blood urine with out proper care for non medical reason.

Wellpath has contract Urology Specialist go inside the prison monthly for consultations and follow up. Letizio made decision with motive not have Urologist Dr. Laurence H. Belkoff review Einstein Surgeon to consult for a stent in Plaintiff's kidney have remove and place a second to complete emergency care. Instead Letizio had Dr. Belkoff in the prison several dates with out consult Plaintiff's kidney injury Letizio not proper treat infection and/or as medical director avoid contact

in motive to treat a medical emergency to a vital part of Plaintiff's body would cause failure or death.

2. Defendant Joe Walsh acted under color of state law educated in medicine certified by Pa. Board of Medicine knew Plaintiff had surgery for kidney stones with a stent and suffer kidney infection.

Plaintiff was seen by Walsh at Sick Call for kidney infection. Plaintiff ask Walsh for medical treatment for the continuous infections and need treatment for the pain of the abdominal area and groin. For non medical reasons Walsh denied to properly provide medicine to stop infection reoccurring and pain management for his groin and gentials

As Walsh continue see and knew Plaintiff had kidney infection. Walsh was inform Plaintiff suffer bloody urine. Walsh's medical opinion was drink more water. Plaintiff continuous infection inform of the bloody urine.

When Plaintiff seen Walsh to sign consent for second surgery, Plaintiff still suffer infection and bloody urine. Plaintiff was denied proper medical treatment in motive Walsh did not provide that treatment.

Whereas, Walsh and Letizio did not remove the first stent during being denied proper treatment from January 9, through May 15, 2023.

Jason West
 GH- 6955
1200 Mokychic Drive
Collegeville Pa. 19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost                    FIRST-CLASS MAIL
09/15/2023
US POSTAGE $001.83⁰

ZIP 19426
041M12252211



U. S. District Court of
 Pennsylvania Eastern
 U. S. Courthouse
 601 Market St.
 Phila. Pa. 19105-1797

RECEIVED
SEP 1 8 2023



U.S.M.S.
X-RAY