**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JASON WEST** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 23-3694 |
| | : | |
| **ANTHONY LETIZIO, D.O.** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of July, 2026, upon consideration of the Motion for Summary

Judgment filed by Defendant Anthony Letizio, D.O., (ECF No. 62), it is hereby **ORDERED** that

said Motion is **GRANTED**.  All claims asserted by Plaintiff Jason West in the above-captioned

case are dismissed.

The Clerk of Court is **DIRECTED** to mark this case closed.


**BY THE COURT**:

   /s/ John Milton Younge
Judge John Milton Younge